OPINION # O-7435                    WAS NEVER ISSUED OR

WAS WITHDRAWN.